UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02752-RGK-JC | Date | June 15, 2021 |
|---|---|---|---|
| Title | *Cheng Fang et al v. Antony J. Blinken et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**    (IN CHAMBERS) Order to Show Cause Regarding Venue

On March 30, 2021, Plaintiffs, who are all EB-5 visa applicants, filed a complaint against the United States Secretary of State, Antony J. Blinken; the United States Attorney General, Merrick Garland; and the U.S. State Department (collectively, "Defendants") alleging violations of the Administrative Procedures Act ("APA").

On April 6, 2021, Plaintiffs moved for a preliminary injunction to enjoin the U.S. State Department to immediately process named Plaintiffs' pending EB-5 visa applications. (*See* Pls.' Proposed Order on Mot. Preliminary Inj., ECF No. 25-2). This motion was calendared for hearing on June 14, 2021 and was taken under submission.

On June 11, 2021, Defendants moved to dismiss the complaint. One of Defendants' grounds for dismissal was for improper venue. Given the case's purported time pressures, and as Defendants have now contested venue, the Court orders Plaintiffs to respond to whether venue is proper in this Court by **4:00 PM Friday, June 18, 2021**. Defendants may respond to Plaintiffs by **4:00 PM Monday, June 21, 2021**. Both briefs shall not exceed 10 pages in length.

**IT IS SO ORDERED.**

Initials of Preparer